IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLSON,<br><br>        Plaintiff,<br><br>  vs.<br><br>VENTURE WEST,<br><br>        Defendant.<br>_____/ | No. C 04-5309 PJH (MEJ)<br><br>**AMENDED NOTICE AND ORDER OF SETTLEMENT CONFERENCE** |

Due to inadvertent error, the Notice and Order of Settlement Conference dated October 18, 2005, erroneously listed January 16, 2006, as the settlement date. The Settlement Conference shall take place on **January 23, 2006, at 2:00 p.m. in Judge James' Chambers**, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, CA 94102. All other directives contained in the October 18, 2005 Order are hereby incorporated by reference.

**IT IS SO ORDERED.**

Dated: December 15, 2005

_____
MARIA-ELENA JAMES
United States Magistrate Judge