IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CARLSON,<br><br>　　　　Plaintiff,<br>vs.<br><br>VENTURE WEST, INC., et al.,<br><br>　　　　Defendants.<br>_____/ | No. C-04-4571 (MEJ)<br><br>**ORDER RE: DEFENDANT VENTURE WEST'S INSURER AND CLIENT REPRESENTATIVE APPEARANCE AT THE MARCH 13, 2006, SETTLEMENT CONFERENCE** |

　　　　The Court is in receipt of Defendant Venture West's letter dated March 1, 2006. Venture West requests that its insurer representative and client representative appear telephonically at the settlement conference scheduled fo March 13, 2006. Venture West's request was unopposed by all the parties involved.

　　　　The Court finds good cause to allow both Venture West's insurer and client representative to appear telephonically. However, if the Court orders a further settlement conference and the Court finds that Venture West's insurer and client representative are necessary for purposes of settlement, the representatives will be required to attend.

**IT IS SO ORDERED**.

Dated: March 7, 2006

　　　　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge