| | |
|---|---|
| 1 | BANNING MICKLOW BULL & LOPEZ LLP |
| | Edward M. Bull III, SBN 141996 |
| 2 | Eugene A. Brodsky, SBN 36691 |
| | Jennifer L. Fiore, SBN 203618 |
| 3 | One Market, Steuart Tower, Suite 1440 |
| | San Francisco, California 94105 |
| 4 | Telephone: (415) 399-9191 |
| | Facsimile: (415) 399-9192 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | THOMAS CARLSON |
| 7 | |
| 8 | GIBSON ROBB & LINDH LLP |
| | G. Geoffrey Robb, SBN 131515 |
| 9 | Marker E. Lovell, Jr., SBN 208659 |
| | 100 First Street, 27th Floor |
| 10 | San Francisco, California 94105 |
| | Telephone: (415) 348-6000 |
| 11 | Facsimile: (415) 348-6001 |
| 12 | Attorneys for Defendants |
| | VENTURE WEST, INC. and |
| 13 | F/V VENTURE WEST |
| 14 | CLAPP, MORONEY, BELLAGAMBA & VUCINICH |
| | A PROFESSIONAL CORPORATION |
| 15 | Jeffrey M. Vucinich, SBN 67906 |
| | Joshua W. Rose, SBN 191024 |
| 16 | 15 Southgate Avenue, Suite 200 |
| | Daly City, California 94015 |
| 17 | Telephone: (650) 758-1199 |
| | Facsimile: (650) 758-2299 |
| 18 | |
| 19 | Attorneys for Defendant |
| | PACIFIC CHOICE SEAFOOD, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS CARLSON, | ) | CASE NO. 04-5309 PJH (MEJ) |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING NON-EXPERT DISCOVERY CUTOFF** |
| vs. | ) | |
| VENTURE WEST, INC., *in personam*, and F/V VENTURE WEST, Official No. 606361, its engines, tackle, apparel, furniture, etc., *in rem*, and PACIFIC CHOICE SEAFOOD, INC., *in personam*, | ) | |
| Defendants. | ) | |

1

Stipulation and [Proposed] Order Continuing Non-Expert Discovery Cutoff      CASE NO. CIV. 04-5309 PJH

1  Plaintiff, Thomas Carlson, and Defendants, Venture West, Inc. and Pacific
2  Choice Seafood, Inc., jointly submit this Stipulation and [Proposed] Order
3  Continuing Non-Expert Discovery Cutoff.

### 1. DISCOVERY

The parties provided the following information regarding the completion of certain discovery in their Joint Case Management Conference Statement that was filed on October 6, 2005, as follows:

> To date, the following depositions have been taken by Defendants: Plaintiff, Thomas Carlson; Plaintiff's wife, Daisy Carlson; Troy Marcroft, forklift operator for Pacific Choice Seafood, Inc.; Nathan Shishido, M.D.; and Andy and Diane Cipollo, former neighbors of the Carlsons. The depositions of Curt Meng, Captain of the F/V VENTURE WEST and Leslie Anderson, M.D. were also noticed, but taken off calendar. Plaintiff has been examined by Defendants' medical expert, Victor Prieto, M.D., pursuant to Federal Rule of Civil Procedure, Rule 35. Dr. Prieto's Report has been provided to Plaintiff. Substantial written discovery has been conducted. Plaintiff anticipates serving written discovery on both Defendants.

The parties also advised that if the case did not settle while participating in alternative dispute resolution, they would require additional discovery for trial purposes, including depositions.

At the October 13, 2005 Case Management Conference, this Court ordered the parties to participate in a settlement conference with Magistrate Judge Larson or Magistrate Judge James within 60 days or as soon thereafter as is convenient for the assigned Judge. The Court also set the following pre-trial and trial dates:

| | |
|---|---|
| Non-Expert Discovery Cutoff | April 5, 2006 |
| Last Day for Hearing Dispostive Motions | June 7, 2006 |
| Disclosure of Experts | June 16, 2006 |
| Expert Discovery Cutoff | July 28, 2006 |
| Final Pretrial Conference | September 28, 2006 at 2:30 p.m. |
| Trial Date | October 30, 2006 at 8:30 a.m. |

## 2. SETTLEMENT CONFERENCE

An order was initially issued by Judge James setting the conference for January 16, 2006 (a court holiday).  In January 2006, however, the parties learned that the conference was actually set for January 23, 2006.  Since counsel and all parties were not available on January 23, the conference was continued to the first, mutually- available date, which was March 13, 2006 at 2:00 p.m.  The parties fully participated in the conference on March 13 without being able to resolve the matter.

Since the parties were unable to resolve this matter, the parties need additional time in which to complete non-expert discovery and be sufficiently prepared for trial before the present cutoff date of April 5, 2006.  The parties, therefore, stipulate and respectfully request that the cutoff date be extended for one month to May 5, 2006.  Extending the non-expert discovery deadline at this time does not impact the other pretrial deadlines.

IT IS SO STIPULATED.

Dated:  March 16, 2006            BANNING MICKLOW BULL & LOPEZ LLP

By:  /s/ Jennifer L. Fiore
EDWARD M. BULL, III
EUGENE A. BRODSKY
JENNIFER L. FIORE
Attorneys for Plaintiff
THOMAS CARLSON

Dated:  March 17, 2006            GIBSON ROBB & LINDH, LLP

By:  /s/ G. Geoffrey Robb
G. GEOFFREY ROBB
Attorneys for Defendants
VENTURE WEST, INC. and F/V VENTURE WEST

///

///

| | | |
|---|---|---|
| 1 | Dated: March 16, 2006 | CLAPP, MORONEY, BELLAGAMBA and VUCINICH |
| 2 | | |
| 3 | | By:   /s/ Jeffrey M. Vucinich |
| 4 | | JEFFREY M. VUCINICH<br>STEVE HARRINGTON |
| 5 | | JOSHUA W. ROSE<br>Attorneys for Defendants |
| 6 | | PACIFIC CHOICE SEAFOOD, INC. |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _March 27_____, 2006

_____
THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Phyllis J. Hamilton]