BANNING MICKLOW & BULL LLP
Eugene A. Brodsky, SBN 36691
Kurt Micklow, SBN 113974
One Market, Steuart Tower, Suite 1440
San Francisco, California 94105
Telephone: (415) 399-9191
Facsimile: (415) 399-9192

Attorneys for Plaintiff
THOMAS CARLSON

GIBSON ROBB & LINDH LLP
G. Geoffrey Robb, SBN 131515
Marker E. Lovell, Jr., SBN 208659
100 First Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 348-6000
Facsimile: (415) 348-6001

Attorneys for Defendants
VENTURE WEST, INC. and
F/V VENTURE WEST

CLAPP, MORONEY, BELLAGAMBA & VUCINICH
A PROFESSIONAL CORPORATION
Jeffrey M. Vucinich, SBN 67906
Joshua W. Rose, SBN 191024
15 Southgate Avenue, Suite 200
Daly City, California 94015
Telephone: (650) 758-1199
Facsimile: (650) 758-2299

Attorneys for Defendant
PACIFIC CHOICE SEAFOOD, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CARLSON, | CASE NO. 04-5309 PJH (MEJ) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER VACATING DATES AND SETTING A DEADLINE TO DISMISS CASE IN LIGHT OF EXECUTORY SETTLEMENT** |
| vs. | |
| VENTURE WEST, INC., *in personam*, and F/V VENTURE WEST, Official No. 606361, its engines, tackle, apparel, furniture, etc., *in rem*, and PACIFIC CHOICE SEAFOOD, INC., *in personam*, | |
| Defendants. | |

1   Plaintiff THOMAS CARLSON and Defendants, VENTURE WEST, INC., and
2 PACIFIC CHOICE SEAFOOD, INC., hereby submit the following stipulation and
3 proposed order vacating all existing dates and setting a deadline in which the parties shall
4 submit a final dismissal of the action in light of the executory settlement that has been
5 negotiated:

6 **RECITALS**

7   WHEREAS this action is set to commence trial on October 30, 2006, and the
8 following pre-trial dates have also been set by order of the Court:
9   Pre-trial Conference:                                September 28, 2006
10   Last Date to File Pre-trial Conference
11     Statement and other pleadings            August 28, 2006
12   WHEREAS there are two motions currently pending before the Court.  The first is
13 a Motion to Enforce the Settlement filed by Defendant PACIFIC
14 CHOICE SEAFOOD, INC., which motion is set for hearing on August 30, 2006 at 9:00
15 a.m.  The second is a motion by Plaintiff's counsel to be relieved as counsel.  That motion
16 is currently noticed for hearing on September 13, 2006;
17   WHEREAS the parties have recently agreed to a complete settlement of the action
18 pursuant to which Plaintiff has agreed to and has signed a settlement agreement and
19 release.  The original settlement agreement and release has been tendered to Defendants
20 and Plaintiff is awaiting payment of the settlement monies to him; and
21   WHEREAS the parties expect that the settlement will be funded within the next
22 ten days thus completing the settlement,

23 **STIPULATION**

24   WHEREFORE, the parties, by and through their respective counsel of record,
25 hereby stipulate, in light of the pending settlement, that the Court be respectfully
26 requested to enter an order:
27 1.   Vacating all current dates in the case, including the trial date, the Pre-trial
28

1  Conference date, the deadline to submit any and all pre-trial statements or other
2  pleadings, and the hearing dates on the motion to enforce settlement filed by
3  Defendant PACIFIC CHOICE SEAFOOD, INC., and the motion to be relieved as
4  counsel filed by Plaintiff's attorneys of receord; and
5  2. Setting a deadline for the parties to submit a proposed order of dismissal within
6  thirty (30) days.
7  IT IS SO STIPULATED.

8  Dated: August 28, 2006        BANNING MICKLOW BULL & LOPEZ LLP

                                 By:  /s/ Kurt Micklow
                                      KURT MICKLOW
                                      Attorneys for Plaintiff
                                      THOMAS CARLSON

Dated: August 28, 2006           GIBSON ROBB & LINDH, LLP

                                 By:  /s/ G. Geoffrey Robb
                                      G. GEOFFREY ROBB
                                      Attorneys for Defendants
                                      VENTURE WEST, INC. and F/V VENTURE
                                      WEST

Dated: August 28, 2006           CLAPP, MORONEY, BELLAGAMBA and
                                 VUCINICH

                                 By:  /s/ Jeffrey M. Vucinich
                                      JEFFREY M. VUCINICH
                                      Attorneys for Defendants
                                      PACIFIC CHOICE SEAFOOD, INC.

**ORDER**

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.  The Parties shall file a Stipulation and Proposed Order of Dismissal on or before September 29, 2006.

Dated: __August 30_____, 2006    _____
                                      THE HONORABLE PHYLLIS J. HAMILTON
                                      UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*