| | |
|---|---|
| 1 | BANNING MICKLOW & BULL LLP |
| | Eugene A. Brodsky, SBN 36691 |
| 2 | Kurt Micklow, SBN 113974 |
| | One Market, Steuart Tower, Suite 1440 |
| 3 | San Francisco, California 94105 |
| | Telephone: (415) 399-9191 |
| 4 | Facsimile: (415) 399-9192 |
| 5 | Attorneys for Plaintiff |
| | THOMAS CARLSON |
| 6 | |
| | GIBSON ROBB & LINDH LLP |
| 7 | G. Geoffrey Robb, SBN 131515 |
| | Marker E. Lovell, Jr., SBN 208659 |
| 8 | 100 First Street, 27th Floor |
| | San Francisco, California 94105 |
| 9 | Telephone: (415) 348-6000 |
| | Facsimile: (415) 348-6001 |
| 10 | |
| | Attorneys for Defendant |
| 11 | VENTURE WEST, INC. |
| 12 | CLAPP, MORONEY, BELLAGAMBA & VUCINICH |
| | A PROFESSIONAL CORPORATION |
| 13 | Jeffrey M. Vucinich, SBN 67906 |
| | Joshua W. Rose, SBN 191024 |
| 14 | 15 Southgate Avenue, Suite 200 |
| | Daly City, California 94015 |
| 15 | Telephone: (650) 758-1199 |
| | Facsimile: (650) 758-2299 |
| 16 | |
| | Attorneys for Defendant |
| 17 | PACIFIC CHOICE SEAFOOD, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS CARLSON, | ) | CASE NO. 04-5309 PJH (MEJ) |
| | ) | |
| Plaintiff, | ) | **STIPULATION OF DISMISSAL AND ORDER** |
| | ) | |
| vs. | ) | **[Fed. R. Civ. P. Rule 41(a)(1)** |
| | ) | |
| VENTURE WEST, INC., *in personam*, and F/V VENTURE WEST, Official No. 606361, its engines, tackle, apparel, furniture, etc., *in rem*, and PACIFIC CHOICE SEAFOOD, INC., *in personam*, | ) ) ) ) ) ) | |
| Defendants. | ) | |
| _____ | ) | |

1  Whereas the parties to this action have agreed to a settlement of all claims and all
2  settlement funds have been paid to the Plaintiff,

3  IT IS HEREBY STIPULATED by and among Plaintiff THOMAS CARLSON
4  Defendant VENTURE WEST, INC., and Defendant PACIFIC CHOICE SEAFOOD,
5  INC., through their respective counsel of record that plaintiff's claims in this action can
6  be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil
7  Procedure, with each party to bear his or its own attorney's fees and costs.

8  Defendant VENTURE WEST, INC. and defendant PACIFIC CHOICE are in the
9  process of formalizing settlement of VENTURE WEST's cross-claim against it.
10 VENTURE WEST expects a signed release will be exchanged for funds in the next seven
11 to ten days.  In the interim, VENTURE WEST requests that its cross-claim remain
12 pending on the Court's docket, but be taken off-calendar.  VENTURE WEST will file a
13 stipulation of dismissal specifically with regard to the cross-claim as soon as the
14 settlement is consummated.

15                                 Respectfully submitted,

16 Dated: September 13, 2006        BANNING MICKLOW BULL & LOPEZ LLP

17
                                   By:   /s/ Kurt Micklow
18                                       KURT MICKLOW
                                         Attorneys for Plaintiff
19                                       THOMAS CARLSON

20 Dated: September 13, 2006        GIBSON ROBB & LINDH, LLP

21
                                   By:   /s/ G. Geoffrey Robb
22                                       G. GEOFFREY ROBB
                                         Attorneys for Defendant
23                                       VENTURE WEST, INC.

24
25 Dated: September 13, 2006        CLAPP, MORONEY, BELLAGAMBA and
                                   VUCINICH
26
                                   By:   /s/ Jeffrey M. Vucinich
27                                       JEFFREY M. VUCINICH
                                         Attorneys for Defendants
28         9/15/06                       PACIFIC CHOICE SEAFOOD, INC.

IT IS SO ORDERED
Judge Phyllis J. Hamilton