BANNING MICKLOW & BULL LLP
Eugene A. Brodsky, SBN 36691
Kurt Micklow, SBN 113974
One Market, Steuart Tower, Suite 1440
San Francisco, California 94105
Telephone: (415) 399-9191
Facsimile: (415) 399-9192

Attorneys for Plaintiff
THOMAS CARLSON

GIBSON ROBB & LINDH LLP
G. Geoffrey Robb, SBN 131515
Marker E. Lovell, Jr., SBN 208659
100 First Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 348-6000
Facsimile: (415) 348-6001

Attorneys for Defendant
VENTURE WEST, INC.

CLAPP, MORONEY, BELLAGAMBA & VUCINICH
A PROFESSIONAL CORPORATION
Jeffrey M. Vucinich, SBN 67906
Joshua W. Rose, SBN 191024
15 Southgate Avenue, Suite 200
Daly City, California 94015
Telephone: (650) 758-1199
Facsimile: (650) 758-2299

Attorneys for Defendant
PACIFIC CHOICE SEAFOOD, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CARLSON,<br><br>    Plaintiff,<br><br>vs.<br><br>VENTURE WEST, INC., *in personam*, and F/V VENTURE WEST, Official No. 606361, its engines, tackle, apparel, furniture, etc., *in rem*, and PACIFIC CHOICE SEAFOOD, INC., *in personam*,<br><br>    Defendants.<br>_____ | CASE NO. 04-5309 PJH (MEJ)<br><br>**STIPULATION OF DISMISSAL OF VENTURE WEST, INC.'S CROSS-CLAIM AGAINST PACIFIC CHOICE SEAFOODS, INC.** AND ORDER<br><br>**[Fed. R. Civ. P. Rule 41(c)]** |

1  Whereas VENTURE WEST, INC., defendant in the principle action, filed a cross-
2  claim in that action against co-defendant PACIFIC CHOICE SEAFOOD, INC., and
3  Whereas the parties to the cross-claim have now agreed to a settlement of the
4  cross-claim, and all settlement funds have been tendered to the cross-claim plaintiff,
5  IT IS HEREBY STIPULATED by Plaintiff THOMAS CARLSON, Defendant and
6  Cross-claim Plaintiff VENTURE WEST, INC., and Defendant and Cross-claim
7  Defendant PACIFIC CHOICE SEAFOOD, INC., through their respective counsel of
8  record, that VENTURE WEST., INC.'s cross-claims in this action be dismissed *with*
9  *prejudice* pursuant to Rule 41(c) of the Federal Rules of Civil Procedure, each party to
10 bear his or its own fees and costs.
11 The parties advise the Court that this case is now fully resolved and may be
12 removed from the Court's docket.

13                                    Respectfully submitted,

14 Dated: September 20, 2006          BANNING MICKLOW & BULL LLP

16                                    By:   /s/ Kurt Micklow
                                            KURT MICKLOW
                                            Attorneys for Plaintiff
17                                          THOMAS CARLSON

18 Dated: September 20, 2006          GIBSON ROBB & LINDH, LLP

20                                    By:   /s/ G. Geoffrey Robb
                                            G. GEOFFREY ROBB
                                            Attorneys for Defendant
21                                          VENTURE WEST, INC.

23 Dated: September 20, 2006          CLAPP, MORONEY, BELLAGAMBA and
                                      VUCINICH

25                                    By:   /s/ Jeffrey M. Vucinich
                                            JEFFREY M. VUCINICH
                                            Attorneys for Defendants
26                                          PACIFIC CHOICE SEAFOOD, INC.

28                                    9/26/06

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA